FILED

11:02 am, 11/29/21

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

vs.

RYAN JOSHUA RIVERA

Defendant.

Case Number: 21-CR-59-1F

## ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET

Date November 29, 2021      Time 10:06 a.m. - 10:44 a.m.

☐ Arraignment   ☑ Change of Plea      Before the Honorable   Nancy D. Freudenthal

Interpreter: none      Int. Phone: N/A

| Abby Logan | Jan Davis | Laura Conrad (phone) | Kumanovich |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES   Government: Michael Elmore

Defendant: Gay Woodhouse

☐ FPD   ☑ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

☐ Defendant Waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s) 1 of an Indictment
☐ Nolo Contendere

| NOT GUILTY PLEA | GUILTY PLEA |
|---|---|
| ☐ Court accepts *Nolo Contendere* Plea | ☑ Court is satisfied there is factual basis for plea of guilty |
| ☐ Court orders discovery per Rule 16 FRCrP | ☑ Defendant referred to probation for presentence investigation |
| ☐ Court orders access to Grand Jury Transcripts | ☑ Defendant advised on consequences of a plea of guilty |
| ☐ Motions to be filed in _____ days or on/before _____ | ☑ Plea agreement filed |
| | ☑ Sentencing set for 2/17/22 at 2:30 p.m. |
| ☐ Trial date set for _____ at _____ in _____ | in Cheyenne (Courtroom #1) |
| | ☐ Plea conditionally accepted |
| ☐ Speedy trial expires on _____ | ☑ Count(s) 2 to be dismissed at time of sentencing |
| ☐ Other _____ | |

WY54      Rev. 07/27/2021

| BOND IS | ☑ Defendant is detained |
|---|---|
| | ☐ Set at _____  ☐ Cash or Surety  ☐ Unsecured |
| | ☐ Continued on the same terms and conditions |
| | ☐ Continued on bond with the following conditions: |
| | ☐ Released on bond with the following conditions: |

☐ 3rd party custody of _____ ☐ Seek/Maintain employment
☐ Report to Pretrial Services as directed ☐ Travel restricted to _____
☐ Maintain current residence ☐ Abide by the following curfew _____
☐ Not use or possess firearms/ammunition/explosives ☐ Not use or possess controlled substances/drugs
☐ Not use or possess alcohol ☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing ☐ Avoid all contact with _____
☐ Surrender passport to _____ ☐ Post property or sum of money _____
☐ Obey all laws. Federal, State and Local ☐ Do not obtain passport
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other _____