# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

**10:25 am, 2/24/22**

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| vs. | Case Number: 21-CR-059-NDF |
| Ryan Joshua Rivera | Interpreter Needed: No |
| Defendant. | Setting or Resetting: Resetting |

Type of Case:

## CRIMINAL

**TAKE NOTICE that a proceeding in this case has been RESET for the place, date, and time set forth below:**

| Place: | Before: | |
|---|---|---|
| Joseph C. O'Mahoney Federal Center<br>2120 Capitol Avenue<br>Cheyenne, WY 82001-3657<br>Courtroom 1 | Nancy D. Freudenthal, United States District Judge | |
| | Date and Time PREVIOUSLY SCHEDULED: | CONTINUED TO, Date and Time: |
| | March 16, 2022 at 9:00 a.m. | March 23, 2022 at 1:30 p.m. |

Type of Proceeding:

## SENTENCING

Margaret Botkins
Clerk of Court

Dated this 24th day of February, 2022.

Kellie Erickson
Deputy Clerk

TO:
U.S. Attorney
U.S. Marshal
U.S. Probation Office

Defense Counsel
Defendant through Counsel
Court Reporter